UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASON, et al., on behalf of themselves and all
others similarly situated,

                Plaintiffs,

v

GRANHOLM, et al., jointly and severally,

                Defendants.
_____/

Case No. 05-73943

HON. JOHN CORBETT O'MEARA

DEBORAH LaBELLE (P31595)
Counsel for Plaintiffs
221 N. Main St., Ste. 300
Ann Arbor, MI 48104
734.996.5620

PATRICIA A. STREETER (P30022)
Counsel for Plaintiffs
221 N. Main St., Ste. 300
Ann Arbor, MI 48104
734.222.0088

JOHN L. THURBER (P44989)
DIANE M. SMITH (P32402)
Assistant Attorney General
Counsel for Defendants
Corrections Division
P.O. Box 30217
Lansing, MI 48909
517.335.7021

RICHARD A. SOBLE (P20766)
Counsel for Plaintiffs
221 N. Main St., Ste. 200
Ann Arbor, MI 48104
734.996.5600

MICHAEL L. PITT (P24429)
PEGGY GOLDBERG PITT (P41407)
CARY S. McGEHEE (P42318)
Counsel for Plaintiffs
117 W. Fourth St., Ste. 200
Royal Oak, MI 48067-3804
248.398.9800

DAVID A. KOTWICKI (P56070)
Attorney for Defendant Carlton Carter
20 S. Main St., Ste. 115
Mt. Clemens, MI 48043
586.468.9850

MOLLY RENO (P28997)
Counsel for Plaintiffs
221 N. Main St., Ste. 300
Ann Arbor, MI 48104
734.449.9883

RALPH J. SIRLIN (P24635)
RONALD J. REOSTI (P19368)
Counsel for Plaintiffs
23880 Woodward Ave.
Pleasant Ridge, MI 48069-1133
248.691.4200

ROBERT R. STEARNS (P55188)
Attorney for Defendant Chapman
20 S. Main ST., Ste. 115
Mt. Clemens, MI 48043
586.868.0303

_____

## ORDER DENYING DEFENDANT CHAPMAN'S
## MOTION FOR MORE DEFINITE STATEMENT

Defendant Willis Chapman having filed a Motion for More Definite Statement, Plaintiffs having responded in opposition and this Court having reviewed the same;

IT IS ORDERED that the motion be and hereby is DENIED and Defendant Willis Chapman shall file his answer on or before June 2, 2006.

           s/John Corbett O'Meara
           John Corbett O'Meara
           United States District Judge

Dated: May 15, 2006