UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASON, et al., on behalf of themselves and all
others similarly situated,

                Plaintiffs,

v

GRANHOLM, et al., jointly and severally,

                Defendants.
_____/

Case No. 05-73943

HON. JOHN CORBETT O'MEARA

| | | |
|---|---|---|
| DEBORAH LaBELLE (P31595)<br>Counsel for Plaintiffs<br>221 N. Main St., Ste. 300<br>Ann Arbor, MI 48104<br>734.996.5620 | RICHARD A. SOBLE (P20766)<br>Counsel for Plaintiffs<br>221 N. Main St., Ste. 200<br>Ann Arbor, MI 48104<br>734.996.5600 | MOLLY RENO (P28997)<br>Counsel for Plaintiffs<br>221 N. Main St., Ste. 300<br>Ann Arbor, MI 48104<br>734.449.9883 |
| PATRICIA A. STREETER (P30022)<br>Counsel for Plaintiffs<br>221 N. Main St., Ste. 300<br>Ann Arbor, MI 48104<br>734.222.0088 | MICHAEL L. PITT (P24429)<br>PEGGY GOLDBERG PITT (P41407)<br>CARY S. McGEHEE (P42318)<br>Counsel for Plaintiffs<br>117 W. Fourth St., Ste. 200<br>Royal Oak, MI 48067-3804<br>248.398.9800 | RALPH J. SIRLIN (P24635)<br>RONALD J. REOSTI (P19368)<br>Counsel for Plaintiffs<br>23880 Woodward Ave.<br>Pleasant Ridge, MI 48069-1133<br>248.691.4200 |
| JOHN L. THURBER (P44989)<br>DIANE M. SMITH (P32402)<br>Assistant Attorney General<br>Counsel for Defendants<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>517.335.7021 | DAVID A. KOTWICKI (P56070)<br>Attorney for Defendant Carlton Carter<br>20 S. Main St., Ste. 115<br>Mt. Clemens, MI 48043<br>586.468.9850 | ROBERT R. STEARNS (P55188)<br>Attorney for Defendant Chapman<br>20 S. Main ST., Ste. 115<br>Mt. Clemens, MI 48043<br>586.868.0303 |

_____

## ORDER DENYING DEFENDANTS GRANHOLM, CARUSO, ZANG, STOVALL, DAVIS, YUKINS, DeSANTIS, HOWELL, TALLEY, TOLLZEIN, MADDEN AND LANGLEY'S RULE 12(b)(6) MOTIONS FOR DISMISSAL

      Before this Court is Defendants Granholm, Caruso, Zang, Stovall, Davis, Yukins,

DeSantis and Howell's Rule 12(b)(6) Motion for Dismissal dated November 17, 2005;

Defendants Talley and Tollzein's Rule 12(b)(6) Motion for Dismissal dated December 1,

2005; Defendant Madden's Rule 12(b)(6) Motion for Dismissal dated December 14,

-2-

2005; and Defendant Langley's Rule 12(b)(6) Motion for Dismissal dated February 24, 2006. Plaintiffs filed responses on December 14, 2005, December 23, 2005 and March 17, 2006, respectively. Defendants filed a reply brief on December 28, 2005.

This Court heard oral argument on May 11, 2006 and for the reasons expressed on the record, the Defendants' motions are DENIED.

                                    s/John Corbett O'Meara
                                    John Corbett O'Meara
                                    United States District Judge

Dated: May 15, 2006