UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHEAULEEN MASON, *et al.,*

    Plaintiffs,                                                           Case No. 05-73943

v.                                                                             Hon. John Corbett O'Meara

JENNIFER GRANHOLM, *et al.,*

    Defendants.
_____/

**ORDER DENYING PLAINTIFFS'**
**MOTION FOR RECONSIDERATION**

Before the court is Plaintiffs' motion for reconsideration of this court's August 31, 2007 order granting summary judgment in favor of Defendant Sally Langley. At the court's request Defendant filed a response on September 27, 2007.

Plaintiffs seek reconsideration of the court's decision that certain claims against Langley are barred by the statute of limitations.

> Generally, and without restricting the court's discretion, the court
> will not grant motions for rehearing or reconsideration which
> merely present the same issues ruled upon by the court, either
> expressly or by reasonable implication. The movant shall not only
> demonstrate a palpable defect by which the court and the parties
> have been misled but also show that correcting the defect will
> result in a different disposition of the case.

LR 7.1(g)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the court, Plaintiffs have failed to demonstrate a palpable defect by which the court and the parties have been misled. Accordingly, IT IS HEREBY ORDERED that Plaintiffs' September 13, 2007

motion for reconsideration is DENIED.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: October 23, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 23, 2007, by electronic and/or ordinary mail.

                                          s/William Barkholz
                                          Case Manager