UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHEAULEEN MASON, et al.,

    Plaintiffs,

v.

JENNIFER GRANHOLM, et al.,

    Defendants.

_____/

CIVIL ACTION NO. 05-73943

DISTRICT JUDGE JOHN CORBETT O'MEARA

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER**

In a written Order of August 16, 2007, the Court granted, in part, Plaintiffs' Motion to Compel Defendants to Respond to Plaintiffs' Second Request for Production Numbered 42. Defendants were ordered to produce the final drafts of Operating Procedures for Policy Directives 0.3.03.140. Defendants were afforded the option of submitting the responsive documents to the court for in camera review to determine whether objections based upon the deliberative process privilege should be sustained. Defendants exercised that option, and submitted two draft copies of Operating Procedures to the magistrate judge on September 25, 2007.

Having completed an in camera review of the tendered documents, the court finds that Defendants' objection to the production on deliberative process privilege grounds is unsustainable. IT IS THEREFORE ORDERED that Defendants shall produce to counsel

for Plaintiffs complete copies of the draft Operating Procedures submitted to the court for review, such production to be made within fourteen (14) days of the date of this Order.

                              s/Donald A. Scheer
                              DONALD A. SCHEER
                              UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2007

_____

## CERTIFICATE OF SERVICE

     I hereby certify on November 19, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 19, 2007. **None.**

                              s/Michael E. Lang
                              Deputy Clerk to
                              Magistrate Judge Donald A. Scheer
                              (313) 234-5217