UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHEAULEEN MASON, et al.,

    Plaintiff,                                        Case No. 05-73943

v.

                                                 Hon. John Corbett O'Meara

JENNIFER GRANHOLM, et al.,

    Defendant.

_____/

## ORDER DENYING MOTIONS FOR ENTRY OF DEFAULTS

Before the court are Plaintiffs' motions for entry of defaults, dated February 12, 2008 and February 19, 2008. The motions are fully briefed. Although the court made it clear in its November 8, 2007 order granting Plaintiffs' motion to enlarge the time allowed for filing a second amended complaint that it was allowing Plaintiffs to file a second amended complaint, Defendants did not answer Plaintiffs' timely filed second amended complaint. It appears Defendants felt there was some confusion over whether the court officially granted Plaintiffs leave to file a second amended complaint. For the sake of judicial efficiency and the administration of orderly justice, the court will give Defendants some leniency on this matter, and deny Plaintiffs' motion for default.

For these reasons, IT IS HEREBY ORDERED that Plaintiffs' motions for entry of defaults are DENIED. Further, Defendants are ORDERED to file an answer to Plaintiffs' second amended complaint on or before June 27, 2008.

                                                       s/John Corbett O'Meara
                                                       United States District Judge

Date: June 19, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 19, 2008, by electronic and/or ordinary mail.

                                                      s/William Barkholz
                                                    Case Manager