UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASON, et al., on behalf of themselves and all
others similarly situated,

        Plaintiffs,

Case No. 05-73943

HON. JOHN CORBETT O'MEARA

v

GRANHOLM, et al., jointly and severally,

        Defendants.
_____/

| | | |
|---|---|---|
| DEBORAH LaBELLE (P31595) | RICHARD A. SOBLE (P20766) | MOLLY RENO (P28997) |
| Counsel for Plaintiffs | Counsel for Plaintiffs | Counsel for Plaintiffs |
| 221 N. Main St., Ste. 300 | 221 N. Main St., Ste. 200 | 221 N. Main St., Ste. 300 |
| Ann Arbor, MI 48104 | Ann Arbor, MI 48104 | Ann Arbor, MI 48104 |
| 734.996.5620 | 734.996.5600 | 734.449.9883 |
| | | |
| PATRICIA A. STREETER (P30022) | MICHAEL L. PITT (P24429) | RALPH J. SIRLIN (P24635) |
| Counsel for Plaintiffs | PEGGY GOLDBERG PITT (P41407) | RONALD J. REOSTI (P19368) |
| 221 N. Main St., Ste. 300 | CARY S. McGEHEE (P42318) | Counsel for Plaintiffs |
| Ann Arbor, MI 48104 | Counsel for Plaintiffs | 23880 Woodward Ave. |
| 734.222.0088 | 117 W. Fourth St., Ste. 200 | Pleasant Ridge, MI 48069-1133 |
| | Royal Oak, MI 48067-3804 | 248.691.4200 |
| JOHN L. THURBER (P44989) | 248.398.9800 | |
| DIANE M. SMITH (P32402) | | ROBERT R. STEARNS (P55188) |
| Assistant Attorney General | DAVID A. KOTWICKI (P56070) | Attorney for Defendant Chapman |
| Counsel for Defendants | Attorney for Defendant Carlton Carter | 28800 Van Dyke Ave., Ste. 101 |
| Corrections Division | 44825 Vandyke | Warren, MI 48093 |
| P.O. Box 30217 | Utica, MI 48317 | 586.751.0700 |
| Lansing, MI 48909 | 586.739.9888 | |
| 517.335.7021 | | |

_____

## ORDER REGARDING DEFENDANTS' WITNESSES FOR TRIAL DECEMBER 2, 2008

      Plaintiffs objected to Defendants' addition of twenty-seven, previously unidentified, witnesses in the pre-trial order filed on November 11, 2008, as such witnesses were not included in Defendants' Witness List filed in this matter in violation of Local Rule 16.2. This Court,

over Plaintiffs' objection, stating his intent to allow these witnesses to testify at the trial in this matter set for December 2, 2008;

**IT IS HEREBY ORDERED** that Defendants provide the addresses of all Defendants' witnesses set forth in the Final Pre-Trial Order; provide a designation as to whether these individuals are employees of the Michigan Department of Corrections; and provide a description and summary of the testimony of each of these individual witnesses;

**IT IS FURTHER ORDERED** that Defendants shall provide this information to Plaintiffs on Monday, November 17, 2008.

Date: November 17, 2008                    s/John Corbett O'Meara
                                           United States District Judge


Approved as to form:

**S/ Deborah Labelle**
DEBORAH LaBELLE (P31595)
Co-Counsel for Plaintiffs
221 N. Main St., Ste. 300
Ann Arbor, MI 48104
734.996.5620
deblabelle@aol.com

S/**John L. Thurber**
JOHN L. THURBER (P44989)
Counsel for Defendants
P.O. Box 30217
Lansing, MI 48909
517.335.7021
thurberj@michigan.gov