UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHEAULEEN MASON, *et al.*,

    Plaintiffs,                                                  Case No. 05-73943

v.                                                                 Hon. John Corbett O'Meara

JENNIFER GRANHOLM, *et al.*,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR RECONSIDERATION**

       Before the court is Defendants' motion for reconsideration, filed February 13, 2009. Defendants seek reconsideration of the court's February 3, 2009 order denying their motion for mental examinations of Plaintiffs. The court denied Defendants' motion for mental examinations primarily based upon the timing of that request – approximately a month before trial was to begin. Since that time, however, the court has adjourned the trial date to allow the parties to complete outstanding discovery. In light of these changed circumstances, the court will grant Defendants' motion for reconsideration.

       IT IS HEREBY ORDERED that Defendants' motion for reconsideration is GRANTED and that Defendants may proceed with mental examinations of the Plaintiffs as proposed in their January 23, 2009 motion, that is, not in the presence of attorneys or recorded.

       SO ORDERED.

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date:  March 5, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 5, 2009, by electronic and/or ordinary mail.

s/William Barkholz<br>Case Manager